NUMBER 13-01-802-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


________________________________________________________________


JARRETT ALEXANDER, ET AL., Appellants,


v.



BARBARA OWEN, Appellee.

________________________________________________________________


On appeal from the 103rd District Court 


of Cameron County, Texas


_______________________________________________________________


O P I N I O N



Before Justices Dorsey, Rodriguez, and Castillo


Opinion Per Curiam



 Appellants, JARRETT ALEXANDER, ET AL., attempted to perfect an appeal from
a judgment entered by the 103rd District Court of Cameron County, Texas, in cause
number 2000-03-1116-D. Judgment in this cause was signed on July 31, 2001. A
motion for new trial was untimely filed on September 5, 2001. Pursuant to Tex. R.
App. P. 26.1, appellants' notice of appeal was due on August 30, 2001, but was not
filed until November 1, 2001. 

 Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellants were advised that, if the defect was not
corrected within ten days from the date of receipt of this Court's letter, the appeal
would be dismissed. To date, no response has been received from appellants.

 The Court, having examined and fully considered the documents on file,
appellants' failure to timely perfect their appeal, and appellants' failure to respond to
this Court's notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM


Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 21st day of February, 2002.